UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1997
_____

BLACK SHIP, LLC; 33 TAPS, LLC; HINOKI & THE BIRD, LLC,
individually and on behalf of all others similarly situated,

v.

HEARTLAND PAYMENT SYSTEMS, LLC,
successor-in-interest to Heartland Payment Systems, LLC,
F/K/A Heartland Payment Systems, Inc.

HEARTLAND PAYMENT SYSTEMS, LLC,
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:21-cv-13855)
District Judge: Honorable Zahid N. Quraishi
_____

Submitted Pursuant to Third Circuit L.A.R. 34.(1)(a)
March 8, 2024
_____

Before: JORDAN, PHIPPS, and FREEMAN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on the record on appeal from the United States

District Court for the District of New Jersey and was submitted on March 8, 2024. On

consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the order of the

United States District Court for the District of New Jersey entered on May 22, 2023, is

hereby VACATED, and this case REMANDED to the District Court for further proceedings consistent with the Opinion of the Court. Each party shall bear its own costs for the appeal. The Court will not retain jurisdiction.

                ATTEST:

                s/ Patricia S. Dodszuweit
                Clerk

Dated: September 17, 2024